**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| PETER RAY | : No. 222 MAL 2016 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| CIVIL SERVICE COMMISSION OF | : |
| BOROUGH OF DARBY AND BOROUGH | : |
| OF DARBY | : |
| | : |
| | : |
| PETITION OF: BOROUGH OF DARBY | : |
| PETER RAY | : No. 223 MAL 2016 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| CIVIL SERVICE COMMISSION OF | : |
| BOROUGH OF DARBY AND BOROUGH | : |
| OF DARBY | : |
| | : |
| | : |
| PETITION OF:  BOROUGH OF DARBY | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.